**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 20-7615**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

ERIC HALL, a/k/a  E,

        Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore. James K. Bredar, Chief District Judge.  (1:04-cr-00323-JKB-1)

Submitted:  March 23, 2021                  Decided:  March 29, 2021

Before THACKER, QUATTLEBAUM, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Eric Hall, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric Hall appeals the district court's orders denying his motion for compassionate release, 18 U.S.C. § 3582(c)(1)(A), and his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Hall*, No. 1:04-cr-00323-JKB-1 (D. Md. July 2, 2020; Oct. 6, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*